UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| RAFAEL MARTINEZ-AGUILAR, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> COMMONWEALTH OF KENTUCKY, ) <br> ) <br> Respondent. ) <br> ) | Civil No. 14-55-ART <br><br> **ORDER** |

*** *** *** ***

Rafael Martinez-Aguilar filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. R. 1. On September 18, 2014, Magistrate Judge Hanly Ingram filed a Recommended Disposition advising the Court to dismiss the petition without prejudice. R. 3. Martinez-Aguilar did not file any objections to Magistrate Judge Ingram's Recommended Disposition, and now the period to file objections has passed. 28 U.S.C. § 636(b)(1); *see also* R. 3 at 3 (explaining that pursuant to the Rules Governing Section 2254 Proceedings, Rule 8(b), the petitioner must file objections within fourteen days of service of the recommended disposition). Martinez-Aguilar has therefore waived his right to object to the recommended disposition, and his right to further appeal the decision. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985); *see also Churn v. Grant*, 77 F.3d 482 (6th Cir. 1996).

Accordingly, it is **ORDERED** that:

(1) Magistrate Judge Ingram's Recommended Disposition, R. 3, is **ADOPTED** as the opinion of this Court.

(2)  The petition for writ of habeas corpus, R. 1, is **DISMISSED WITHOUT PREJUDICE**.

This the 14th day of October, 2014.

Signed By:
*Amul R. Thapar* AT
United States District Judge